511 P.2d 148

**STATE of Utah, Plaintiff and Respondent,**

v.

**Eugene MEYERS, Defendant and Appellant.**
**No. 13105.**

Supreme Court of Utah.

June 20, 1973.

Robert Van Sciver, Salt Lake City, for defendant and appellant.

Vernon B. Romney, Atty. Gen., David L. Wilkinson, William T. Evans, Asst. Attys. Gen., Salt Lake City, for plaintiff and respondent.

6. See Salt Lake, Garfield & Western Railway Co. v. Allied Materials Co., 4 Utah 2d 218, 291 P.2d 883 (1955).

HENRIOD, Justice.

Appeal from a fictitious check conviction in a case tried to the court without a jury. Affirmed.

Appellant, who fired his counsel, acted as his own counsel for a while, and finally agreed that a lawyer might assist him. He was charged as a principal for issuing a fictitious check under Title 76–26–7, Utah Code Annotated, 1953. He was tried to the court without a jury. The evidence supported the judgment.

There is a lot of talk about aiding and abetting. This appears to have been diversionary, referring to something affinitive to but not the charge here. There need not have been, and the gratuitous urgence is not compelling here.

CALLISTER, C. J., and ELLETT, CROCKETT and TUCKETT, JJ., concur.